```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 22805
    LAWRENCE A CROSS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-2519


--------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/05/2007 and was not confirmed.

     The case was dismissed without confirmation 03/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE UNSECURED          1636.74         .00           .00
COMMONWEALTH EDISON      UNSECURED          2148.26         .00           .00
IL STATE DISBURSEMENT UN DSO ARREARS       NOT FILED        .00           .00
IL STATE DISBURSEMENT UN UNSECURED         NOT FILED        .00           .00
JEANETTE WRIGHT          NOTICE ONLY       NOT FILED        .00           .00
ALLIANCE ONE             UNSECURED         NOT FILED        .00           .00
AMERICAN COLLECTION      UNSECURED         NOT FILED        .00           .00
CREDIT BUREAU ACCOUNTS   UNSECURED         NOT FILED        .00           .00
CDA PONTIAC              UNSECURED         NOT FILED        .00           .00
CITY OF CHICAGO DEPT OF  UNSECURED         NOT FILED        .00           .00
CREDIT PROTECTION        UNSECURED         NOT FILED        .00           .00
HARRIS                   UNSECURED         NOT FILED        .00           .00
HARRIS                   UNSECURED         NOT FILED        .00           .00
ILLINOIS COLLECTION SE   UNSECURED         NOT FILED        .00           .00
INTERNAL REVENUE SERVICE UNSECURED         12540.57         .00           .00
MEDICAL BUSINESS BUREAU  UNSECURED         NOT FILED        .00           .00
RICKENBACKER             UNSECURED         NOT FILED        .00           .00
RMI/MCSI                 UNSECURED          1938.06         .00           .00
JEFFERSON CAPITAL SYSTEM UNSECURED           498.49         .00           .00
INTERNAL REVENUE SERVICE PRIORITY           1748.55         .00           .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY           .00                        .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 22805 LAWRENCE A CROSS
```

```
DEBTOR REFUND                                                       .00
                                    ---------------    ---------------
TOTALS                                          .00                .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
    Dated: 06/25/08                  _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 07 B 22805 LAWRENCE A CROSS